IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Shaquan Tyriqu Stewart )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Richland County, )<br>)<br>Defendant. )<br>_____ ) | C/A No. 0:14-2279-BHH<br><br><br>**O R D E R** |

    Plaintiff, a pretrial detainee at the Alvin S. Glenn Detention Center proceeding *pro se,* filed a Complaint pursuant to 42 U.S.C. § 1983. On June 18, 2014, the court issued an order allowing Plaintiff an opportunity to submit the documents necessary to bring the case into proper form for evaluation and possible service of process. (ECF No. 5.) Specifically, the order directed Plaintiff to provide the financial and service documents necessary for initial review. (Id. at 2.) The order warned Plaintiff that failure to provide the necessary information within a specific time period would subject the case to dismissal. (Id. at 1.) Plaintiff did not respond to the order and the time for response has lapsed. As Plaintiff has failed to prosecute this case and has failed to comply with an order of this court, the case is **dismissed *without prejudice*** pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

    **IT IS SO ORDERED**.

July 22, 2014
Greenville, South Carolina

s/Bruce Howe Hendricks
Bruce Howe Hendricks
United States District Judge

**NOTICE OF RIGHT TO APPEAL**

    The parties are hereby notified of the right to appeal this order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.